## STATE OF CONNECTICUT *v.* JAMES MAGEE

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied.

*Peter P. Buscemi* and, of the Rhode Island bar, *Leonard A. Kamaras,* in support of the petition.

Submitted January 9—decided January 21, 1976

## STATE OF CONNECTICUT *v.* LOUIS WELCH

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied.

*Peter P. Buscemi* and, of the Rhode Island bar, *Leonard A. Kamaras,* in support of the petition.

Submitted January 9—decided January 21, 1976

## STATE OF CONNECTICUT *v.* RONALD DOWSETT

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied.

*Peter P. Buscemi* and, of the Rhode Island bar, *Leonard A. Kamaras,* in support of the petition.

Submitted January 9—decided January 21, 1976

## STATE OF CONNECTICUT *v.* JOSEPH KEANE

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied.

*Peter P. Buscemi* and, of the Rhode Island bar, *Leonard A. Kamaras,* in support of the petition.